[No. 3882–3–III.   Division Three.   April 30, 1981.]

*In the Matter of the Marriage of* ALFRED
BUCHELI, *Respondent, and* FREYA
BUCHELI, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 78–3–01749–8, Harry Hazel, J. Pro
Tem., entered February 15, 1980. *Affirmed* by unpublished
opinion per Munson, J., concurred in by McInturff, C.J.,
and Roe, J.

[No. 3725–8–III.   Division Three.   April 30, 1981.]

ROBERT K. DANHOUSER, *Respondent,* v. PUBLIC UTILITY
DISTRICT NO. 2 OF GRANT COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 27945, B. J. McLean, J., entered October 31,
1979. *Affirmed* by unpublished opinion per McInturff, C.J.,
concurred in by Munson and Roe, JJ.

[No. 3928–5–III.   Division Three.   April 30, 1981.]

RODNEY M. REINBOLD, *Respondent,* v. JACK McLEAN,
*Appellant.*

Appeal from a judgment of the Superior Court for
Okanogan County, No. 22882, W. R. Cole, J., entered
March 10, 1980. *Affirmed* and *remanded* by unpublished
opinion per McInturff, C.J., concurred in by Munson and
Roe, JJ.